

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00263-CV

ARTHUR ROBINSON, APPELLANT

V.

TYSON FRESH MEATS, INC., APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 103,875-E, Honorable Douglas R. Woodburn, Presiding

October 5, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Arthur Robinson, filed a notice of appeal from the trial court's order granting summary judgment in favor of appellee, Tyson Fresh Meats, Inc. We dismiss the appeal for want of prosecution.

Robinson's brief was due on September 4, 2018, but was not filed. By letter dated September 12, 2018, this court notified Robinson that the appeal would be dismissed for want of prosecution if his brief was not received by September 24. To date, neither a brief nor a motion to extend the deadline for filing same has been received by the court.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam